BEFORE: VIKTOR V. POHORELSKY            DATE: 9/21/09
           U.S. MAGISTRATE JUDGE         START TIME: 3:00 p.m.
                                                                        END TIME: 3:15 p.m.

DOCKET NO. CV-07-1838                          JUDGE: RJD

CASE NAME: Akerman, et al. v. Arotech Corp., et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Telephone Status

APPEARANCES:    Plaintiff      David Brower, Mark Levine

                      Defendant    Christopher Green, Kristin Ali

SCHEDULING AND RULINGS:

1. The next conference will be held by telephone on **December 18, 2009 at 2:45 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).

2. Status of discovery discussed; discovery deadlines should be met.