# BROWER PIVEN

**DAVID A.P. BROWER**
Brower@BrowerPiven.com

A PROFESSIONAL CORPORATION
488 MADISON AVENUE
EIGHTH FLOOR
NEW YORK, NEW YORK 10022
BrowerPiven.com
Telephone (212) 501-9000
Facsimile (212) 501-0300

**RECEIVED IN CHAMBERS OF U.S.D.J. DEARIE**
ON: 1/12/10

January 7, 2010

*[Handwritten: 1/12/10 Conference Jan. 21, 2010 at noon. To jurieff s/ Judge Raymond J. Dearie USDJ]*

**BY FEDERAL EXPRESS**
Honorable Raymond J. Dearie
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Arotech Corp. Sec. Litig.*, No. 07-cv-1838 (RJD) (VVP)

Dear Judge Dearie:

We, along with Stull, Stull & Brody are Plaintiffs' Co-Lead Counsel in the above-entitled action (the "Action"). We write on behalf of all parties. The parties have requested a brief conference with Your Honor to present a proposed settlement of the Action to the Court (the "Settlement"). As this Action is a putative class action, the Settlement will require preliminary approval by the Court, notice to the class and a final approval hearing pursuit to Fed, R. Civ. P. 23. The Court's Chambers have advised the parties that Thursday, January 21, 2010 at 12:00 noon is a convenient time for the Court and we therefore ask that the Court set this Action for a hearing on January 21, 2010 at 12:00 noon.

In advance of the January 21, 2010 conference, enclosed for the Court's consideration is the Stipulation and Agreement of Settlement executed by the parties as of January 7, 2010, along with the accompanying [Proposed] Preliminary Order For Notice and Hearing In Connection With Settlement Proceedings (the "Preliminary Approval Order), the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Notice"), the Summary Notice of Pendency of Class Action, Proposed Settlement and Settlement Hearing, and Proof of Claim and Release form. Additionally, enclosed is a separate version of the Preliminary Approval Order with exhibits. At the conference before the Court on January 21, 2010, the parties will propose dates for the mailing of Notice and request that the Court set down a final fairness hearing at a date and time convenient with the Court at least sixty days after the mailing of the Notice to the class.

If the Court should have any questions, the parties stand ready to respond.

Respectfully yours,

David A.P. Brower

cc: All Counsel of Record (via email)