| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 1/21/10 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 12:30 p.m. |
| | | END TIME: | 12:30 p.m. |

DOCKET NO.   CV-07-1838                                            JUDGE:   RJD

CASE NAME:   Akerman, et al. v. Arotech Corp., et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Walk-In Status

APPEARANCES:   Plaintiff        David Brower, Mark Levine

                             Defendant      Lucy Hynes

SCHEDULING AND RULINGS:

1. The parties report that they have appeared before Judge Dearie who indicated that he will approve their request to certify a settlement class and schedule appropriate hearings. Accordingly, as there is nothing further for the magistrate judge to handle at present, no further conferences are now scheduled.

2. Status of discovery discussed; no extensions of previously ordered discovery deadlines are necessary at present.